1  PHILLIP A. TALBERT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE UNITED STATES'      CASE NO. 2:17-SW-594 KJN
   | APPLICATION FOR AN ORDER DIRECTING
12 | METRO PCS TO DISCLOSE RECORDS AND
   | OTHER INFORMATION PERTAINING TO THE      [~~PROPOSED~~] ORDER
13 | CELLULAR TELEPHONE ASSIGNED CALL
14 | NUMBER (707) 552-7545

15

16                              **ORDER**

17     The United States has submitted an application under 18 U.S.C. § 2703(d), requesting that the

18 Court issue an order requiring Metro PCS, an electronic communications service provider or a remote

19 computing service located in Richardson, Texas, to disclose the records and other information described

20 in Attachment A to this Order.

21     The Court finds that the United States has offered specific and articulable facts showing that there

22 are reasonable grounds to believe that the records or other information sought are relevant and material

23 to an ongoing criminal investigation.

24 ///
25 ///
26 ///
27 ///
28 ///

1     IT IS THEREFORE ORDERED, under 18 U.S.C. § 2703(d), that Metro PCS shall, within ten
2 days of the date of this Order, disclose to the United States the records and other information described
3 in Attachment A to this Order.

Dated: July 5, 2017

Hon. Kendall J. Newman
United States Magistrate Judge

# ATTACHMENT A

## I. The Accounts

The Order applies to certain records and information associated with the Metro PCS cellular telephone assigned call number **(707) 552-7545**.

## II. Records and Other Information to Be Disclosed

Metro PCS is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period: <u>May 18, 2017, to May 25, 2017</u>.

A. The following information about the customers or subscribers of the Accounts:
1. Names (including subscriber names, user names, and screen names);
2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3. Local and long distance telephone connection records;
4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
5. Length of service (including start date) and types of service utilized;
6. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information (not including the contents of communications) relating to the Accounts, including:
1. Records of user activity for each connection made to or from the Accounts, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses;
2. Information about each communication sent or received by the Accounts, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers); and
3. All data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from each cellular telephone or device assigned to the Accounts.

### # # #